UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   4:22 MJ 1098 JMB |
| | ) | |
| KEITH POKE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DETENTION PENDING TRIAL

Defendant is charged by Complaint with possession with the intent to distribute methamphetamine.  On February 25, 2022, Defendant appeared before the undersigned, with counsel, for his initial appearance and detention hearing.  The government was represented by an Assistant U.S. Attorney.  Also present was a Pretrial Services Officer who reported that the Pretrial Services Office was likely to recommend pretrial detention.  Upon Defense Counsel's request, the undersigned held open the record concerning detention until Wednesday, March 2, 2022.  On March 2, 2022, Defense Counsel reported to the Court that he had been advised by a Missouri Parole Officer that it is likely that Defendant's arrest in this case would trigger State parole revocation proceedings.  Accordingly, Defendant was not going to presently contest the issue of detention but would prefer to reserve the right to re-open the detention hearing in the future if Defendant's State situation is resolved or clarified.

Based on the representations of Defense Counsel and the record made at Defendant's initial appearance and detention hearing, the undersigned accepts the waiver of Defendant's right to contest the information against him concerning the issue of detention, without prejudice, and Defendant is therefore ordered detained.

Accordingly,

**IT IS HEREBY ORDERED** that the government's motion for pretrial detention [ECF No. 4] is GRANTED as unopposed at this time.  Defendant may file a motion to re-open the matter if circumstances regarding the issue of release or detention materially change.  See 18 U.S.C. § 3142(f).

**IT IS FURTHER ORDERED** that, Defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant must be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

      /s/ *John M. Bodenhausen*
      JOHN M. BODENHAUSEN
      UNITED STATES MAGISTRATE JUDGE

Dated this  2d  day of  March , 2022.